IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOGAN CHENEY,

    Petitioner,

v.                                                      No. CV 18-385 KG/CG

BETTY JUDD,

    Respondent.

### ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), filed April 25, 2018. The Court, having reviewed the Motion, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the *Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE